

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Denco CS Corporation, Appellant

No. 06-14-00022-CV      v.

Body Bar, LLC, Appellee

Appeal from the 429th District Court of Collin County, Texas (Tr. Ct. No. 429-01020-2013). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's summary judgment (granting Body Bar's declaratory judgment claim and (2) disposing of all of Denco CS Corporation's claims. We reverse the portion of the trial court's summary judgment (1) finding that Body Bar established tortious interference as a matter of law, (2) granting Body Bar's breach of contract claim, and (3) awarding $25,000.00 to Body Bar and remand these matters to the trial court for further proceedings consistent with this opinion.

We further order that each party shall bear its own costs of appeal.

RENDERED SEPTEMBER 26, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk